IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| RONDEL LOVE, | : |
|     Plaintiff, | |
| v. | :   Case No. 3:20-cv-067 |
| C. MARTIN COMPANY, INC., |   JUDGE WALTER H. RICE |
|     Defendant. | : |

---

DECISION AND ENTRY OVERRULING AS MOOT DEFENDANT'S PARTIAL MOTION TO DISMISS COUNTS II AND IV OF PLAINTIFF'S COMPLAINT (DOC. #3)

---

On May 19, 2020, Defendant filed a Partial Motion to Dismiss Counts II and IV of Plaintiff's Complaint, Doc. #3, arguing that these state law claims were barred by the federal enclave doctrine.  On May 26, 2020, Plaintiff filed a First Amended Complaint, Doc. #5, withdrawing those two claims.

Accordingly, the Court OVERRULES AS MOOT Defendant's Partial Motion to Dismiss, Doc. #3.


Date: May 26, 2020

                                                            */s/ Walter H. Rice*
                                                    WALTER H. RICE
                                                    UNITED STATES DISTRICT JUDGE